UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SMITH ELLISON, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>　　　　　Respondent. | Case No. 5:19-cv-00634-SVW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the First Amended Petition (Dkt. 4, "Petition"), the Answer to the Petition (Dkt. 11), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 14). No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: December 18, 2019

_____
STEPHEN V. WILSON
United States District Judge