JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SMITH ELLISON, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT NEUSCHMID, Warden, <br><br> Respondent. | Case No. 5:19-cv-00634-SVW (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: December 18, 2019

STEPHEN V. WILSON
United States District Judge